# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 19, 2006

129341(52)

IN RE PETITION BY TREASURER OF
WAYNE COUNTY FOR FORECLOSURE
_____

WAYNE COUNTY TREASURER,
                Petitioner,
and

MATTHEW TATARIAN and MICHAEL KELLY,
                Intervening Parties-Appellants,

v

PERFECTING CHURCH,
                Respondent-Appellee.
_____

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC:    129341
CoA:  261074
Wayne CC: 02-220192-PZ

On order of the Chief Justice, the motion by the City of Detroit for leave to file a brief amicus curiae is considered and it is GRANTED.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 19, 2006

Clerk